1  MICHAEL J. NADER, SBN 200425
   michael.nader@ogletree.com
2  ALEXANDRA ASTERLIN, CA Bar No. 221286
   alexandra.asterlin@ogletree.com
3  ERIC F. DELLA SANTA, SBN 310458
   eric.dellasanta@ogletree.com
4  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
5  400 Capitol Mall, Suite 2800
   Sacramento, CA  95814
6  Telephone:    916-840-3150
   Facsimile:    916-840-3159
7
   Attorneys for Defendant
8  VISION SERVICE PLAN

9                      **UNITED STATES DISTRICT COURT**

10                     **EASTERN DISTRICT OF CALIFORNIA**

11

12 BARBARA FRUMENTI, an individual,            Case No. 2:25-cv-0515-JDP

13              Plaintiff,                     **STIPULATION AND ORDER TO
                                               ARBITRATE AND STAY CASE PENDING
14          vs.                                ARBITRATION**

15 VISION SERVICE PLAN, a California
   corporation; and DOES 1 through 50, inclusive,
16                                             Action Filed:        11/12/2024
              Defendants.                      Removal Filed:       2/13/2025
17                                             Trial Date:

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND ORDER TO ARBITRATE AND STAY CASE PENDING ARBITRATION

Plaintiff BARBARA FRUMENTI ("Plaintiff") and Defendant VISION SERVICE PLAN ("Defendant") (collectively the "Parties"), by and through the undersigned counsel of record, hereby agree and stipulate that this actions be STAYED with respect to all claims, causes of action, and parties, pending completion of binding arbitration in accordance with the terms of the Parties' Mutual Arbitration Agreement ("Arbitration Agreement"), pursuant to the terms described below:

1. The Parties agree to binding arbitration of all claims in the Complaint in a single arbitration;

2. Plaintiff shall submit a claim for arbitration to JAMS, as provided in the Arbitration Agreement;

3. Discovery shall proceed in accordance with the current JAMS Employment Arbitration Rules & Procedures for employment arbitrations ("JAMS Rules"). To the extent any discovery provisions in the Arbitration Agreement are inconsistent with the JAMS Rules, the JAMS Rules shall govern;

4. All proceedings in this Court shall be and are hereby stayed pending binding arbitration;

5. This Court shall retain jurisdiction over this action pending completion of the arbitration, including for purposes of confirming any potential arbitration award and to enter judgment, if any, as necessary.

**IT IS SO STIPULATED.**

2

JOINT STIPULATION AND ORDER TO ARBITRATE AND STAY CASE PENDING ARBITRATION

1

2
DATED: March 24, 2025                          OGLETREE, DEAKINS, NASH, SMOAK &
                                               STEWART, P.C.

3

4

5
                                               By: /s/ Eric F. Della Santa
                                                   Michael J. Nader
6                                                  Alexandra Asterlin
                                                   Eric F. Della Santa

7
                                               Attorneys for Defendant
8                                              VISION SERVICE PLAN

9

10
DATED: March 24, 2025                          BROCK & GONZALES, LLP

11

12

13
                                               By: /s/ Paul H. Hirsch (as authorized on 3.24.25)
                                                   D. Aaron Brock
                                                   Paul H. Hirsch

14

15
                                               Attorneys for Plaintiff
                                               BARBARA FRUMENTI

16

17

18

19

20

21

22                                  **ATTESTATION**

23        Concurrence in the filing of this document has been obtained from each of the individuals

24   whose electronic signature is attributed above.

25

26

27

28

                                               3
JOINT STIPULATION AND ORDER TO ARBITRATE AND STAY CASE PENDING ARBITRATION

# ORDER

Pursuant to the stipulation of the Parties, IT IS SO ORDERED THAT:

1.      The Stipulation of the Parties to STAY proceedings pending binding arbitration is hereby GRANTED;

2.      The matter is hereby STAYED pending binding arbitration; and

3.      This Court shall retain jurisdiction over this matter pending the Parties' full and complete participation in binding arbitration, including the power to confirm any potential arbitration award and to enter any judgment, as necessary.

4.      **The parties shall file a status report every sixty days apprising the court of the status of arbitration.**

IT IS SO ORDERED.

Dated:    March 28, 2025                                      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

4